Certificate Number: 03088-GAN-DE-041308380

Bankruptcy Case Number: 26-60607

03088-GAN-DE-041308380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 2:31 o'clock PM CDT, Erica Stewart completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 10, 2026

By: /s/Waleska Ivonne Mondolo

Name: Waleska Ivonne Mondolo

Title: Financial Counselor